James L. BROWN, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 62680.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 3, 1993.

John A. Klosterman, St. Louis, for movant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Movant appeals the dismissal, without an evidentiary hearing, of his Rule 24.035 motion. We affirm. The findings and conclusions of the motion court are not clearly erroneous; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).